**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 18-CR-10345-RGS |
| | ) | |
| NICOLE A. LESCARBEAU | ) | |

**MOTION TO CONTINUE SENTENCING**

Defendant, Nicole Lescarbeau, by her attorney, moves that the Sentencing Hearing that is presently scheduled for August 17, 2020, be continued in light of the Court's General Order 20-31. The Defendant requests that this Sentencing Hearing take place in person, rather than via videoconference. The Order proposes that in-person proceedings can take place under limited circumstances, however, a continuance in this case would not harm the interests of justice and the Defendant does not consent to a proceeding via videoconference. Ms. Lescarbeau is out of custody and in compliance with the conditions of her release.

The Defendant requests that this sentencing hearing be scheduled in October or November, in light of Defense Counsel's other pending cases and personal commitments that would make proceeding earlier challenging. Defense counsel has conferred with the Government who assents to this request.

2

                          Respectfully submitted,

                          NICOLE LESCARBEAU
                          By his Attorney
                          Respectfully submitted,

                          */s/ Jessica Thrall*
                          Jessica Thrall, B.B.O.: 670412
                          Assistant Federal Public Defender
                          Federal Defender Office
                          51 Sleeper Street, 5th Floor
                          Boston, MA  02210
                          Tel: 617-223-8061


## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 24, 2020.


                          */s/ Jessica Thrall*
                          Jessica Thrall