**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 18-CR-10345-RGS |
| | ) | |
| NICOLE A. LESCARBEAU | ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

Defendant, Nicole Lescarbeau, by her attorney, moves that the Sentencing Hearing, that is presently scheduled for October 6, 2020, be continued.

In support of this request, for several months Ms. Lescarbeau has been in continued efforts to pay a substantial sum (approximately $250,000) towards the restitution debt owed in this case. The Government is aware of these efforts.

However, due to complications related to the process of transferring funds via electronic wire internationally, and the fact that this matter is pre-disposition, the transfer of the funds has been delayed.

It is in both parties best interest that this payment be made, as it can help repay a substantial sum to the victim. Ms. Lescarbeau's efforts to make payments are also relevant to what sentence should be imposed and we ask that the Court postpone the Sentencing Hearing so that she can make this payment.

The parties have conferred and the Government assents to this request.

The Defendant asks that this sentencing hearing be scheduled in early December, as this would give the parties a realistic time to complete the transaction. Ms. Lescarbeau remains out of custody and in compliance with the conditions of her release.

>Respectfully submitted,
>
>NICOLE LESCARBEAU
>By his Attorney
>Respectfully submitted,
>
>*/s/ Jessica Thrall*
>Jessica Thrall,  B.B.O.: 670412
>Assistant Federal Public Defender
>Federal Defender Office
>51 Sleeper Street, 5th Floor
>Boston, MA  02210
>Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 23, 2020.

>*/s/ Jessica Thrall*
>Jessica Thrall