UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No.  18-10345-RGS |
| | ) | |
| NICOLE A. LESCARBEAU, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Carol E. Head, Assistant United States Attorney, as

Counsel for the United States of America in the above-captioned case.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    */s/ Carol E. Head*
       CAROL E. HEAD
       Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
Dated:   November 2, 2020         carol.head@usdoj.gov