IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Crim. No. 18-CR-10345-RGS |
| ) | |
| NICOLE A. LESCARBEAU     ) | |

## MOTION TO CONTINUE SENTENCING

Defendant, Nicole Lescarbeau, by her attorney, moves that the Sentencing Hearing, that is presently scheduled for February 10, 2021 be continued.

In support of this request, Ms. Lescarbeau now faces new charges outlined in 20-MJ-04322-DHH. She was arrested and has been detained since December 3, 2020. The parties have discussed the potential of Ms. Lescarbeau entering a plea to an information in that new matter and then requesting that the Court consolidate the two cases and resolve both at a joint sentencing hearing.

At this stage, the parties are still discussing that potential and the Government has not yet filed an information in the new matter. Further, after they do so, the probation department may need to conduct an updated pre-sentence interview in advance of a joint sentencing hearing.

For these reasons, the Defendant does not believe holding a sentencing hearing on February 10, 2021 is practical or in her best interests. We therefore respectfully request that the hearing be postponed until March or April of 2021. Defense Counsel has conferred with the Government who does not object to this request.

Respectfully submitted,

NICOLE LESCARBEAU
By his Attorney
Respectfully submitted,

*/s/ Jessica Thrall*
Jessica Thrall,  B.B.O.: 670412
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 1, 2021.

*/s/ Jessica Thrall*
Jessica Thrall