IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Crim. No. 18-CR-10345-RGS |
| | ) | 21-CR-10139-RGS |
| NICOLE A. LESCARBEAU | ) | |

## MOTION TO SEAL

Now Comes the Defendant, Nicole Lescarbeau, by and through counsel, who respectfully requests that her Sentencing Memorandum be filed under seal as it contains confidential information.

                                        Respectfully submitted,

                                        NICOLE LESCARBEAU
                                        Defendant
                                        By:    */s/ Jessica Thrall*
                                        Jessica Thrall
                                        Assistant Federal Public Defender
                                        51 Sleeper Street
                                        Boston, Massachusetts 02210
                                        Tel:  (617) 223-8061
                                        Jessica_Thrall@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF on June 18, 2021.

                                        By:    */s/ Jessica Thrall*
                                        Jessica Thrall